1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN CHARLES SHERRARD,

11            Plaintiff,                      No. CIV S-12-0607 EFB

12       vs.

13   MICHAEL J. ASTRUE,
     Commissioner of Social Security,
14
              Defendant.                      <u>ORDER</u>
15   _____/

16        Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*,

17   and has submitted the affidavit required thereunder which demonstrates that plaintiff is unable to

18   prepay fees and costs or give security for them.  Accordingly, the request to proceed *in forma*

19   *pauperis* will be granted.  28 U.S.C. § 1915(a).

20        In accordance with the above, IT IS HEREBY ORDERED that:

21        1.  Plaintiff's request to proceed *in forma pauperis* is granted.

22        2.  The Clerk of the Court is directed to serve the undersigned's scheduling order in

23   Social Security cases.

24        3.  The Clerk of the Court is further directed to serve a copy of this order on the United

25   States Marshal.

26   ////

1

1        4.  Within fourteen days from the date of this order, plaintiff shall submit to the United

2    States Marshal an original and five copies of the completed summons, five copies of the

3    complaint, and five copies of the scheduling order, and *shall file a statement with the court that*

4    *said documents have been submitted to the United States Marshal.*

5        5.  The United States Marshal is directed to serve all process without prepayment of costs

6    not later than sixty days from the date of this order.  Service of process shall be completed by

7    delivering a copy of the summons, complaint, and scheduling order to the United States Attorney

8    for the Eastern District of California, and by sending two copies of the summons, complaint, and

9    scheduling order by registered or certified mail to the Attorney General of the United States at

10   Washington, D.C.  *See* Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of

11   the summons, complaint, and scheduling order by registered or certified mail to the

12   Commissioner of Social Security, c/o Office of General Counsel, 6401 Security Blvd., Room

13   611, Altmeyer Bldg., Baltimore, MD 21235.  *See* Fed. R. Civ. P. 4(i)(2).  *The United States*

14   *Marshal shall thereafter file a statement with the court that said documents have been served.*

15       IT IS SO ORDERED.

16   DATED:  March 14, 2012.

17                           EDMUND F. BRENNAN

18                           UNITED STATES MAGISTRATE JUDGE