1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    PATRICK WILLIAM SNYDER, CSBN 260690
4   Special Assistant United States Attorney

5
        160 Spear Street, Suite 800
6       San Francisco, California 94105
        Telephone:  (415) 977-8927
7       Facsimile:  (415) 744-0134
        E-Mail: Patrick.Snyder@ssa.gov
8
    Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

12

13  JOHN CHARLES SHERRARD,          )
                                     )      CIVIL NO. 2:12-CV-00607-EFB
14           Plaintiff,              )
                                     )
15           v.                      )      **STIPULATION FOR EXTENSION OF
                                     )      TIME AND ORDER**
16  MICHAEL J. ASTRUE,               )
    Commissioner of                  )
17  Social Security,                 )
                                     )
18           Defendant.              )
    _____)
19

20          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21  attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's

22  Motion for Summary Judgment up to and including October 10, 2012.  The response is currently due

23  September 10, 2012.  This extension is being sought because of workload issues, including the

24  unavoidable transfer of assignments, a high volume of other disability matters in federal district court,

25  federal employment matters, and a Ninth Circuit appellate brief.  This is the Commissioner's first

26  extension request.

27

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  September 10, 2012          */s/ John v. Johnson*
                                   _____
                                   JOHN V. JOHNSON
                                   (as authorized via email on September 10, 2012)
                                   Attorney at Law
                                   Attorney for Plaintiff

Dated: September 10, 2012          BENJAMIN B. WAGNER
                                   United States Attorney
                                   DONNA L. CALVERT
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                          By:      */s/ Patrick William Snyder*
                                   _____
                                   PATRICK WILLIAM SNYDER
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

## ORDER

       APPROVED AND SO ORDERED.

DATED:  September 11, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2